IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| RAYMOND WOFFORD III, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. CIV-16-1308-C |
| CHRISTINA THOMAS, | ) | |
| Defendant. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Shon T. Erwin on October 31, 2017. The Court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 43) of the Magistrate Judge is adopted; Defendant Thomas's Motion to Dismiss (Dkt. No. 24) is construed as a Motion for Summary Judgment and is GRANTED. A Judgment will enter.

IT IS SO ORDERED this 29th day of November, 2017.

ROBIN J. CAUTHRON
United States District Judge